BETTY L. SCHMELZEL, Respondent, *v.* CLARENCE SCHMELZEL, Appellant.

Submitted January 5, 1942; decided January 15, 1942.

Motion to amend the remittitur and for a stay granted as follows: Return of remittitur requested and when returned it will be amended so as to provide that the appeal is dismissed, without costs. Motion for reargument denied. (See 287 N. Y. 633.)